IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:10CV346 |
| | ) | |
| $24,733.00 IN UNITED STATES CURRENCY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

NOW ON THIS __12__ day of April, 2011, this matter comes on before the Court upon the Stipulation of the parties (Filing No 22). The Court reviews the file and the Stipulation, and, being duly advised on the premises, finds as follows:

1. One thousand seven hundred thirty-three dollars of the Defendant property should be returned to the Claimants, Mazin Mansour and Sammy Mansour, by delivering the same to the trust account of their attorney of record, Steven J. Mercure. The balance of the Defendant property, viz., $23,000.00, should be forfeited to the United States.

2. Pursuant to this Court's Order dated October 6, 2010, the United States has published notice of its intent to dispose of the property in such a manner as the Attorney General may direct. A Declaration of Publication was filed herein on December 7, 2010. In response to said published notice, no person or entity, other than the Claimants, has filed a Petition setting forth any legal or equitable interest in the Defendant property.

3. The parties' Stipulation should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The parties' Stipulation is hereby approved.

B. One thousand seven hundred thirty-three dollars of the Defendant property shall be returned to the Claimants, Mazin Mansour and Sammy Mansour, by delivering the same to their attorney of record, Steven J. Mercure. The U. S. Marshals Service shall deliver said amount by making payment to Steven J. Mercure's Trust Account.

C. Pursuant to this Court's Order dated October 6, 2010, the Marshal has published notice of his intent to dispose of the property in such a manner as the Attorney General may direct. A Declaration of Publication was filed herein on December 7, 2010. Other than the Claimants, no person or entity has filed a Petition, in response to said published notice, setting forth any legal or equitable interest in the subject property.

D. The remaining Defendant property, viz., $23,000.00, is hereby forfeited to the United States. All right, title or interest in or to the Defendant property held by any person or entity is hereby forever barred and foreclosed.

E. The U. S. Marshals Service shall dispose of said $23,000.00 in accordance with law.

F. Upon Mr. Mercure's receipt of the $1,733.00, as mentioned above, he shall file a Receipt for said amount. Upon the filing of said Receipt, this Court shall enter a Judgment in this action.

BY THE COURT:

_____
JOSEPH F. BATAILLON
CHIEF UNITED STATES DISTRICT JUDGE

Prepared and submitted by:

Nancy A. Svoboda (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700


Approved as to form and content:

$24,733.00 IN UNITED STATES
CURRENCY, Defendant, and
MAZIN MANSOUR and SAMMY
MANSOUR, Claimants


By: _____
STEVEN J. MERCURE (#15441)
Attorney at Law
398 Broadway
Tecumseh, NE 68450
(402) 335-3368